**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **BRIAN KEITH EOFF,** ) | |
| **ID # 126064164,** ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:14-CV-1527-N |
| ) | |
| **BOB ALFORD, Sheriff,** ) | |
| **Johnson County, Texas, et al.,** ) | |
| Defendants. ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, by separate judgment, the complaint will be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. §§ 1915(e)(2)(B) and § 1915A(b).

If the plaintiff files a notice of appeal, he must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis* and a properly signed certificate of inmate trust account.

**SIGNED this 2nd day of March, 2015.**

_____
**UNITED STATES DISTRICT JUDGE**